# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Rafael M. Cromartie          BK NO. 23-02249 HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                               Respectfully submitted,

/s/ *Brent J. Lemon*

Brent Lemon
06 Aug 2024, 12:16:12, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322